IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01098-BNB

ISMAEL AVENAS GONZALES,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER OF DISMISSAL

_____

    Plaintiff, Ismael Avenas Gonzales, is a prisoner in the custody of the United

States Bureau of Prisons who currently is incarcerated at the Federal Correctional

Institution in Littleton, Colorado.  He initiated this action by submitting to the Court ***pro***

***se*** a civil rights complaint.  The Court reviewed the complaint and determined it was

deficient.  Therefore, in an order filed on May 12, 2010, Magistrate Judge Craig B.

Shaffer directed the clerk of the Court to commence a civil action and directed Mr.

Gonzales to cure certain deficiencies in the case within thirty days if he wished to

pursue his claims.

    The May 12 order pointed out that Mr. Gonzales failed either to pay the $350.00

filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for

the six-month period immediately preceding this filing.  The May 12 order also pointed

out that Mr. Gonzales failed to submit a complaint on the proper, Court-approved form.

The order warned Mr. Gonzales that, if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Gonzales has failed within the time allowed to cure the deficiencies listed in the May 12 order or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this __22nd__ day of __June__, 2010.

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01098-BNB

Ismael Avenas Gonzales
Reg No. 32780-013
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6 22 10

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk